UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRISTOL-MYERS SQUIBB CO., <br><br> Petitioner, <br><br> v. <br><br> NOVARTIS PHARMA AG, <br><br> Respondent. | Case No. 1:22-cv-04162-CM <br><br> ECF Case |

## NOTICE OF OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Bristol-Myers Squibb Co. ("Petitioner") voluntarily dismisses the above-captioned action as against Respondent Novartis Pharma AG. This notice of dismissal is being filed before service by Respondent of either an answer or a motion for summary judgment. Petitioner's dismissal of the above-entitled action is effective upon filing of this notice.

Dated: New York, New York
July 13, 2022

**KIRKLAND & ELLIS LLP**

By: _/s/ Lamina Bowen_
Lamina Bowen
601 Lexington Avenue
New York, New York 10022
Tel.: (212) 446-4800
Fax: (212) 446-4900
lamina.bowen@kirkland.com

*Counsel for Petitioner*